# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

### INDICTMENT FOR POSSESSION OF A FIREARM
### BY A CONVICTED FELON AND NOTICE OF FORFEITURE

U.S. DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA
FILED    AUG - 1 2019
CLERK

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| | : | CRIMINAL NO. 19- 96 - JWD-EWD |
| *versus* | : | |
| | : | 18 U.S.C. § 922(g)(1) |
| | : | 18 U.S.C. § 924(d)(1) |
| MICHAEL W. YOUNG | : | 28 U.S.C. § 2461(c) |

**THE GRAND JURY CHARGES:**

On or about April 7, 2019, in the Middle District of Louisiana, **MICHAEL W. YOUNG**, defendant herein, knowing he previously had been convicted of a crime punishable by imprisonment for a term exceeding one year, a felony, did knowingly possess a firearm, that is, a Sig Sauer P226 pistol, bearing serial number 47A193573, which firearm previously had been shipped and transported in interstate commerce.

The above is a violation of Title 18, United States Code, Section 922(g)(1).

USA SEALED GROUP
USM
USPO

## NOTICE OF FORFEITURE

Upon conviction of Count One of this Indictment, **MICHAEL W. YOUNG,**

defendant herein shall forfeit to the United States, pursuant to Title 18, United States Code,

Section 924(d)(1), and Title 28, United States Code, Section 2461(c), any firearm and

ammunition involved or used in the commission of the offense, including, but not limited to,

a Sig Sauer P226 pistol, bearing serial number 47A193573, and thirteen rounds of 9mm

caliber ammunition.

UNITED STATES OF AMERICA, BY

BRANDON J. FREMIN
UNITED STATES ATTORNEY
MIDDLE DISTRICT OF LOUISIANA

JAMIE A. FLOWERS, JR.
ASSISTANT UNITED STATES ATTORNEY

**A TRUE BILL**
**REDACTED**
**PER PRIVACY ACT**

GRAND JURY FOREPERSON

8-1-19

DATE

2

# Criminal Cover Sheet    U.S. District Court

**Place of Offense:**    **Matter to be sealed:** ☐ No ☒ Yes

City    **Baton Rouge**    **Related Case Information:**

County/Parish    **East Baton Rouge**    Superseding Indictment _____ Docket Number _____
Same Defendant _____ New Defendant _____
\*Investigating Agency **ATF**    Magistrate Case Number _____
\*Agent **Trey Landry**    Search Warrant Case No. _____
R 20/ R 40 from District of _____
**Any Other Related Cases:** _____

**Defendant Information:**

Defendant Name    **Michael W. Young**

**U.S. Attorney Information:**

AUSA    **Jamie A. Flowers, Jr.**    Bar #    **GABN 940394**

**Interpreter:** ☒No ☐Yes    **List language and/or dialect:** _____

**Location Status:**

Arrest Date    _____
_____    Already in Federal Custody as of
_____    Already in State Custody
_____    On Pretrial Release

**U.S.C. Citations:**

Total # of Counts:    _____1_____

| Index Key/Code | Description of Offense Charged | Count(s) | Petty/ Misdemeanor/ Felony |
|---|---|---|---|
| 18:922(g)(1) | Possession of a Firearm by a Convicted Felon | 1 | F |
| | | | |
| | | | |
| | | | |

**Date:** _____    **Signature of AUSA:** _____

**District Court Case Number (To be filled in by deputy clerk):** _____